**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-mj-364 |
| | : | |
| **DANE THOMPSON,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and she does not oppose the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                    Respectfully submitted,

                    Matthew M. Graves
                    United States Attorney
                    D.C. Bar No. 481052

        By:    /s/ *Eli Ross*
               ELI J. ROSS
               Assistant United States Attorney
               Illinois Bar Number 6321411
               U.S. Attorney's Office for the District of Columbia
               601 D Street, NW Washington, D.C. 20001
               (202) 297-1515
               Eli.Ross@usdoj.gov

CERTIFICATE OF SERVICE

On this 5th day of December, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

By: /*s/ Eli Ross*
ELI J. ROSS
Assistant United States Attorney
Illinois Bar Number 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 297-1515
Eli.Ross@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 24-mj-364 |
| : | |
| **DANE THOMPSON,** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.


Date: _____    _____
                                 U.S. MAGISTRATE JUDGE

4