**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :     **Case No. 24-mj-364** |
| | : |
| **CHRISTOPHER DANE THOMPSON,** | : |
| | : |
| | : |
| **Defendant.** | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 12, it is hereby ordered that the

Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge