# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | **Case No. 24-mj-00364-GMH** |
| | * | |
| **DANE CHRISTOFFER THOMPSON,** | * | |
| Defendant | * | |
| | * | |

**ooOoo**

## MOTION TO CORRECT THE ORDER OF DISMISSAL

Dane Christoffer Thompson, by his undersigned counsel, respectfully moves this Honorable Court to correct the caption of its recent Order dismissing the case to correct his name.

1.  When it filed the Motion to Dismiss (ECF 12), the government filed a proposed Order which transposed Mr. Thompson's first and middle names and misspelled his middle name. The Complaint (ECF 1) initiating this prosecution lists the correct spelling of Mr. Thompson's name.

2.  Mr. Thompson is concerned that the misspelled name in the caption may adversely affect the appropriate dismissal of the charges in national data bases as well as the restoration of his civil rights with regard to any consequences that may flow from the original charges and subsequent dismissal.

3.  A corrected proposed Order of Dismissal is attached.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that the instant notice was served via ECF on all counsel of record this 29th day of January, 2025.

                                                        /s/ *Carmen D. Hernandez*
                                                        **Carmen D. Hernandez**