UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-mj-364 |
| DANE CHRISTOFFER THOMPSON, | : |
| Defendant. | : |

# ORDER

It is hereby ordered that:

1) Defendant's Motion to Correct, ECF No. 14, is GRANTED;

2) The Court's Order Granting Motion to Dismiss, ECF No. 13, is VACATED; and

3) The Government's Motion to Dismiss the Indictment with prejudice pursuant to Rule 48(a), ECF No. 12, is GRANTED.

**SO ORDERED** this 29th day of January, 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge